# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 2:17-cr-00062-JCM-NJK |
| vs. | **ORDER UNSEALING DOCKET** |
| PAUL HWAN JIN. | |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that case number 2:17-cr-00062-JCM-NJK shall be UNSEALED as to PAUL HWAN JIN. The motion to unseal, Docket No. 46, is hereby GRANTED.

DATED this 4th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE