# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00062-JCM-NJK |
| Plaintiff, | |
| vs. | ORDER |
| PAUL HWAN JIN, | (Docket No. 90) |
| Defendant. | |

On August 15, 2019, Defendant Paul Hwan Jin's co-defendant Quang Vinhpham Regan filed a motion to compel the United States to produce documentation from a 2011 tax fraud investigation into the co-defendants. Docket No. 88. On August 16, 2019, Defendant filed a motion for joinder to his co-defendant's motion to compel. Docket No. 90.

Co-defendant Regan has now withdrawn his motion to compel, as the United States has agreed to produce the full investigative file for the 2011 tax case. Docket No. 95. As such, Defendant's motion for joinder is now moot.

Accordingly, the Court **DENIES** Defendant's motion for joinder. Docket No. 90.

IT IS SO ORDERED.

DATED: September 5, 2019.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE