NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
PETER S. LEVITT
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
peter.s.levitt@usdoj.gov
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:17-CR-062-JCM-NJK |
| | ) |
| Plaintiff, | ) **Stipulation for Entry of Order of** |
| | ) **Forfeiture as to SCGB, Inc., a Third** |
| v. | ) **Party Petitioner by Ji Jin as Owner, Paul** |
| | ) **Hwan Jin as President and Treasurer,** |
| PAUL HWAN JIN, | ) **and Trisha Regan as Secretary, Director,** |
| | ) **and Registered Agent and Order** |
| Defendant. | ) |

The United States of America and SCGB, Inc., by Ji Jin as Owner, Paul Hwan Jin as

President and Treasurer, and Trisha Regan as Secretary, Director, and Registered Agent,

and its counsel, _____N/A_____, agree as follows:

    1.    The Grand Jury sitting in Las Vegas, Nevada returned a 25-Count

Superseding Criminal Indictment against Paul Hwan Jin for violations of 18 U.S.C. §

1029(a)(2) and (b)(2); 18 U.S.C. § 1956(h); and 18 U.S.C. § 1957. Superseding Criminal

Indictment, ECF No. 23.

    2.    Paul Hwan Jin pled guilty to Count 1 of a 25-Count Superseding Criminal

Indictment charging him with conspiracy to commit access device fraud in violation of 18

U.S.C. § 1029(a)(2) and (b)(2) and agreed to the forfeiture of property set forth in the Plea

Agreement, the Amended Bill of Particulars, and Forfeiture Allegation One of the

Superseding Criminal Indictment. Superseding Criminal Indictment, ECF No. 23;

Amended Bill of Particulars, ECF No. 78.

1

3. SCGB, Inc., by Ji Jin as Owner, Paul Hwan Jin as President and Treasurer, and Trisha Regan as Secretary, Director, and Registered Agent, knowingly and voluntarily agrees to the abandonment, the civil administrative forfeiture, the civil judicial forfeiture, or the criminal forfeiture of the following property:

      1. $67,190.86; and

      2. $7,492.88

(all of which constitutes property).

4. SCGB, Inc., by Ji Jin as Owner, Paul Hwan Jin as President and Treasurer, and Trisha Regan as Secretary, Director, and Registered Agent, knowingly and voluntarily agrees to abandon or to forfeit the property to the United States.

5. SCGB, Inc., by Ji Jin as Owner, Paul Hwan Jin as President and Treasurer, and Trisha Regan as Secretary, Director, and Registered Agent, knowingly and voluntarily agrees to relinquish all possessory rights, ownership rights, and all rights, titles, and interests in the property.

6. SCGB, Inc., by Ji Jin as Owner, Paul Hwan Jin as President and Treasurer, and Trisha Regan as Secretary, Director, and Registered Agent, knowingly and voluntarily agrees to waive its right to any abandonment proceedings, any civil administrative forfeiture proceedings, any civil judicial forfeiture proceedings, or any criminal forfeiture proceedings (all of which constitutes proceedings) of the property.

7. SCGB, Inc., by Ji Jin as Owner, Paul Hwan Jin as President and Treasurer, and Trisha Regan as Secretary, Director, and Registered Agent, knowingly and voluntarily agrees to waive service of process of any and all documents filed in this action or any proceedings concerning the property.

8. SCGB, Inc., by Ji Jin as Owner, Paul Hwan Jin as President and Treasurer, and Trisha Regan as Secretary, Director, and Registered Agent, knowingly and voluntarily agrees to waive any further notice to it, its agents, or its attorneys regarding the forfeiture and disposition of the property.

*/ / /*

9.      SCGB, Inc., by Ji Jin as Owner, Paul Hwan Jin as President and Treasurer, and Trisha Regan as Secretary, Director, and Registered Agent, knowingly and voluntarily agrees not to file any claim, answer, petition, or other documents in any proceedings concerning the property.

10.     SCGB, Inc., by Ji Jin as Owner, Paul Hwan Jin as President and Treasurer, and Trisha Regan as Secretary, Director, and Registered Agent, knowingly and voluntarily agrees to withdraw any claims, answers, counterclaims, petitions, or other documents it filed in any proceedings concerning the property.

11.     SCGB, Inc., by Ji Jin as Owner, Paul Hwan Jin as President and Treasurer, and Trisha Regan as Secretary, Director, and Registered Agent, knowingly and voluntarily agrees to waive the statute of limitations, the CAFRA requirements, Fed. R. Crim. P. 7, 11, and 32.2, the constitutional requirements, and the constitutional due process requirements of any abandonment proceedings or any forfeiture proceedings concerning the property.

12.     SCGB, Inc., by Ji Jin as Owner, Paul Hwan Jin as President and Treasurer, and Trisha Regan as Secretary, Director, and Registered Agent, knowingly and voluntarily agrees to waive its right to a hearing on the forfeiture of the property.

13.     SCGB, Inc., by Ji Jin as Owner, Paul Hwan Jin as President and Treasurer, and Trisha Regan as Secretary, Director, and Registered Agent, knowingly and voluntarily agrees to waive all constitutional, legal, and equitable defenses and claims to the forfeiture of the property and the in personam criminal forfeiture money judgment in any proceedings, including but not limited to, (a) any constitutional or statutory double jeopardy defenses and claims, (b) any defenses and claims under the Eighth Amendment to the United States Constitution, including, but not limited to, any defenses and claims of excessive fines or cruel and unusual punishments, and (c) any constitutional defenses and claims under *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).

14.     SCGB, Inc., by Ji Jin as Owner, Paul Hwan Jin as President and Treasurer, and Trisha Regan as Secretary, Director, and Registered Agent, knowingly and voluntarily agrees to the entry of an Order of Forfeiture of the property to the United States.

15. SCGB, Inc., by Ji Jin as Owner, Paul Hwan Jin as President and Treasurer, and Trisha Regan as Secretary, Director, and Registered Agent, waives the right to appeal any Order of Forfeiture.

16. SCGB, Inc., by Ji Jin as Owner, Paul Hwan Jin as President and Treasurer, and Trisha Regan as Secretary, Director, and Registered Agent, understands that the forfeiture of the property shall not be treated as satisfaction of any assessment, restitution, fine, cost of imprisonment or any other penalty that may be imposed in addition to forfeiture.

17. SCGB, Inc., by Ji Jin as Owner, Paul Hwan Jin as President and Treasurer, and Trisha Regan as Secretary, Director, and Registered Agent, knowingly and voluntarily agrees to the conditions set forth in this Stipulation for Entry of Order of Forfeiture as to SCGB, Inc., by Ji Jin as Owner, Paul Hwan Jin as President and Treasurer, and Trisha Regan as Secretary, Director, and Registered Agent, and Order (Stipulation).

18. SCGB, Inc., by Ji Jin as Owner, Paul Hwan Jin as President and Treasurer, and Trisha Regan as Secretary, Director, and Registered Agent, knowingly and voluntarily agrees to hold harmless the United States, the United States Department of Justice, the United States Attorney's Office for the District of Nevada, the United States Department of the Treasury, the United States Internal Revenue Service, the Las Vegas Metropolitan Police Department, their agencies, their agents, and their employees from any claim made by it or any third party arising from the facts and circumstances of this case.

19. SCGB, Inc., by Ji Jin as Owner, Paul Hwan Jin as President and Treasurer, and Trisha Regan as Secretary, Director, and Registered Agent, knowingly and voluntarily releases and forever discharges the United States, the United States Department of Justice, the United States Attorney's Office for the District of Nevada, the United States Department of the Treasury, the United States Internal Revenue Service, the Las Vegas Metropolitan Police Department, their agencies, their agents, and their employees from any and all claims, rights, or causes of action of any kind that SCGB, Inc., by Ji Jin as Owner, Paul Hwan Jin as President and Treasurer, and Trisha Regan as Secretary, Director, and

Registered Agent, now has or may hereafter have on account of, or in any way growing out of, the seizures and the forfeitures of the property in the abandonment, the civil administrative forfeitures, the civil judicial forfeitures, and the criminal forfeitures.

20.     Each party acknowledges and warrants that its execution of the Stipulation is free and is voluntary.

21.     The Stipulation contains the entire agreement between the parties.

22.     Except as expressly stated in the Stipulation, no party, officer, agent, employee, representative, or attorney has made any statement or representation to any other party, person, or entity regarding any fact relied upon in entering into the Stipulation, and no party, officer, agent, employee, representative, or attorney relies on such statement or representation in executing the Stipulation.

23.     The persons signing the Stipulation warrant and represent that they have full authority to execute the Stipulation and to bind the persons and/or entities, on whose behalf they are signing, to the terms of the Stipulation.

24.     This Stipulation shall be construed and interpreted according to federal forfeiture law and federal common law. The jurisdiction and the venue for any dispute related to, and/or arising from, this Stipulation is the unofficial Southern Division of the United States District Court for the District of Nevada, located in Las Vegas, Nevada.

25.     Each party shall bear its own attorneys' fees, expenses, interest, and costs.

26.     This Stipulation shall not be construed more strictly against one party than against the other merely by virtue of the fact that it may have been prepared primarily by counsel for one of the parties; it being recognized that both parties have contributed substantially and materially to the preparation of this Stipulation.

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY CERTIFIED, pursuant to 28 U.S.C. § 2465(a)(2), that there was reasonable cause for the seizure and forfeiture of the property.

DATED: _____N/A_____          DATED: _07/09/2021_

                              NICHOLAS A. TRUTANICH
                              United States Attorney

_____N/A_____                  _/s/ Peter S. Levitt_
Counsel for SCGB, Inc.,        PETER S. LEVITT
                              Assistant United States Attorney

DATED: _03/25/2020_

_____
SCGB, Inc., by Ji Jin as Owner

_____
SCGB, Inc., by Paul Hwan Jin as
President and Treasurer

_____N/A_____
SCGB, Inc., by Trisha Regan as
Secretary, Director, and Registered Agent


                              IT IS SO ORDERED:


                              _____
                              JAMES C. MAHAN
                              UNITED STATES DISTRICT JUDGE

                              DATED: _____

6

IT IS HEREBY CERTIFIED, pursuant to 28 U.S.C. § 2465(a)(2), that there was reasonable cause for the seizure and forfeiture of the property.

DATED: _____N/A_____          DATED: _07/09/2021_

                              NICHOLAS A. TRUTANICH
                              United States Attorney

_____N/A_____                  /s/ Peter S. Levitt
Counsel for SCGB, Inc.,       _____
                              PETER S. LEVITT
DATED: _____N/A_____          Assistant United States Attorney

_____N/A_____
SCGB, Inc., by Ji Jin as Owner

_____N/A_____
SCGB, Inc., by Paul Hwan Jin as
President and Treasurer

SCGB, Inc., by Trisha Regan as
Secretary, Director, and Registered Agent

                              IT IS SO ORDERED:

                              _____
                              JAMES C. MAHAN
                              UNITED STATES DISTRICT JUDGE
                              DATED: _July 14, 2021_