```
___ FILED         ___ RECEIVED
___ ENTERED       ___ SERVED ON
                  COUNSEL/PARTIES OF RECORD

          AUG - 5 2021

        CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:17-CR-062-JCM-NJK |
|---|---|
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| PAUL HWAN JIN, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(B); and 18 U.S.C. § 1029(c)(1)(C) and (c)(2) based upon the plea of guilty by Paul Hwan Jin to the criminal offense, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement, the Amended Bill of Particulars, and Forfeiture Allegation One of the Superseding Criminal Indictment. Superseding Criminal Indictment, ECF No. 23; Amended Bill of Particulars, ECF No. 78; Change of Plea, ECF No. 135; Plea Agreement, ECF No. 136; Preliminary Order of Forfeiture, ECF No. 137.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amount of $1,627,359.77 complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

1  consecutively from April 30, 2021, through May 29, 2021, notifying all potential third
2  parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits,
3  ECF No. 144-1, p. 5.
4        This Court finds the United States notified known third parties by personal service or
5  by regular mail and certified mail return receipt requested of their right to petition the Court.
6  Notice of Filing Service of Process – Mailing, ECF No. 142; Notice of Filing Service of
7  Process – Personal Service, ECF No. 143.
8        On May 12, 2021, the United States Attorney's Office served Home Depot U.S.A.,
9  Inc. c/o Teresa Wynn Roseborough, Secretary & Director, with copies of the Preliminary
10 Orders of Forfeiture and the Notice through regular mail and certified mail return receipt
11 requested. Notice of Filing Service of Process-Mailing Exhibits, ECF No. 142-1, p. 3, 5-7, 9-
12 16, 18-21.
13       On May 12, 2021, the United States Attorney's Office served Home Depot U.S.A.,
14 Inc. c/o Craid A. Menear, President, with copies of the Preliminary Orders of Forfeiture
15 and the Notice through regular mail and certified mail return receipt requested. Notice of
16 Filing Service of Process-Mailing Exhibits, ECF No. 142-1, p. 3, 5-7, 9-16, 22-23.
17       On May 12, 2021, the United States Attorney's Office served Home Depot U.S.A.,
18 Inc. c/o Isabel C. Janci, Treasurer, with copies of the Preliminary Orders of Forfeiture and
19 the Notice through regular mail and certified mail return receipt requested. Notice of Filing
20 Service of Process-Mailing Exhibits, ECF No. 142-1, p. 3, 5-7, 9-16, 24-25.
21       On May 12, 2021, the United States Attorney's Office served Home Depot U.S.A.,
22 Inc. c/o Richard M. McPhail, Director, with copies of the Preliminary Orders of Forfeiture
23 and the Notice through regular mail and certified mail return receipt requested. Notice of
24 Filing Service of Process-Mailing Exhibits, ECF No. 142-1, p. 3, 5-7, 9-16, 26-27.
25       On May 13, 2021, the Internal Revenue Service personally served Home Depot
26 U.S.A., Inc. c/o Corporation Service Company as Registered Agent with copies of the
27 Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process –
28 Personal Service Exhibits, ECF No. 143-1, p. 3, 5-8, 10-17.

1 | On July 9, 2021, the United States filed a proposed Stipulation for Entry of Order of Forfeiture as to Ji Jin as a Third Party Petitioner,= and Order, ECF No. 151.

On July 9, 2021, the United States filed a proposed Stipulation for Entry of Order of Forfeiture as to SCGB, Inc., by Ji Jin as Owner, Paul Hwan Jin as President and Treasurer, and Trisha Regan as Secretary, Director, and Registered Agent, and Order, ECF No. 152.

On July 12, 2021, the United States filed a corrected image of the proposed Stipulation for Entry of Order of Forfeiture as to SCGB, Inc., by Ji Jin as Owner, Paul Hwan Jin as President and Treasurer, and Trisha Regan as Secretary, Director, and Registered Agent, and Order, ECF No. 156.

On July 14, 2021, the Court granted the Stipulation for Entry of Order of Forfeiture as to Ji Jin as a Third Party Petitioner, ECF No. 158.

On July 14, 2021, the Court granted the Stipulation for Entry of Order of Forfeiture as to SCGB, Inc., a Third Party Petitioner by Ji Jin as Owner, Paul Hwan Jin as President and Treasurer, and Trisha Regan as Secretary, Director, and Registered Agent, ECF No. 157.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States:

1. $67,190.86; and
2. $7,492.88

(all of which constitutes property); and

that the United States recover from Paul Hwan Jin the in personam criminal forfeiture money judgment of $1,627,359.77, not to be held jointly and severally liable with any codefendants, but with the total collected money judgment amount between the

3

codefendants not to exceed $1,627,359.77, and that the property will be applied toward the payment of the money judgment; and

the forfeiture of the money judgment and the property is imposed pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(B); and 18 U.S.C. § 1029(c)(1)(C) and (c)(2); 21 U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7); that the money judgment shall be collected; and that the property and the collected amount shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law and the Stipulations.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED _Aug. 5_____, 2021.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE